UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN M. DONAHUE, | : |
| Plaintiff | : CIVIL ACTION NO. 3:14-1351 |
| v. | :        (JUDGE MANNION) |
| CITY OF HAZELTON, *et al.*, | : |
| Defendants | : |

## ORDER

Based on the foregoing Memorandum, and upon consideration of the Plaintiff's Motion In *Limine* to Preclude the Defendants from Proffering Evidence or Offering Testimony regarding the fact that Plaintiff was convicted in Luzerne County Court of Common Pleas, **(Doc. 163)**, as well as the briefs in support and in opposition, **IT IS HEREBY ORDERED THAT**:

(1) Plaintiff's motion in *limine*, **(Doc. 163)**, is **DENIED**.

(2) Defendants will be permitted to offer evidence and testimony at trial regarding plaintiff's July 2017 Luzerne County conviction for terroristic threats to impeach him.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: October 14, 2021
14-1351-02-ORDER

1