UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN M. DONAHUE, | : |
| Plaintiff | : CIVIL ACTION NO. 3:14-1351 |
| v. | : (JUDGE MANNION) |
| CITY OF HAZELTON, *et al.*, | : |
| Defendants | : |

## ORDER

Based on the foregoing Memorandum, and upon consideration of the Plaintiff's Motion In *Limine* to Preclude the Defendants from Proffering Evidence or Offering Testimony regarding the fact that Plaintiff filed other lawsuits, including cases he filed during his incarceration and cases he filed after the instant case, and state court appeals, **(Doc. 165)**, as well as the briefs in support and in opposition, **IT IS HEREBY ORDERED THAT**:

(1) Plaintiff's motion in *limine*, **(Doc. 165)**, is **GRANTED**.

(2) Defendants will not be permitted to offer any evidence or testimony at trial regarding the plaintiff's other lawsuits and state court appeals.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: October 14, 2021
14-1351-03-ORDER

1