UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN M. DONAHUE, | : | |
| Plaintiff, | : | Civil No. 3:14-1351 |
| v. | : | (JUDGE MANNION) |
| CITY OF HAZLETON, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT**:

(1) Plaintiff's motions for a new trial and to alter or amend the judgment are **DENIED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: September 27, 2022
14-1351-04-ORDER

1